# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4944

_____

ALEXIS JONES,

Appellant,

v.

RALSTON IRONS,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

September 18, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alexis Jones, pro se, Appellant.

No appearance for Appellee.